## STOKES v. WILSON AND REDDING LAW FIRM

No. 108P85.

Case below: 72 N.C. App. 107.

Petition by Alice E. Patterson for discretionary review under G.S. 7A-31 denied 7 May 1985.

## TUNNELL v. BERRY

No. 198P85.

Case below: 73 N.C. App. 222.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 June 1985.

## WADE v. WADE

No. 116P85.

Case below: 72 N.C. App. 372.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 May 1985.

## WALLS v. GROHMAN

No. 96PA85.

Case below: 72 N.C. App. 443.

Motion by plaintiffs to dismiss defendants' appeal allowed 7 May 1985. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 May 1985.

## WASTE MANAGEMENT OF CAROLINAS, INC. v. PEERLESS INS. CO.

No. 70PA85.

Case below: 72 N.C. App. 80.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 7 May 1985.